```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05533
   MARVIN APPLEWHITE EL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-3401

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 03/28/2007 and was confirmed 05/31/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 10/18/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC   14406.96             .00         891.10
CHILD SUPPORT ENFORCEMEN  PRIORITY       NOT FILED             .00            .00
AAA CHECKMATE LLC         UNSEC W/INTER        .00             .00            .00
AMERICASH                 UNSEC W/INTER  NOT FILED             .00            .00
DISH NETWORK              UNSEC W/INTER  NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER    1346.91             .00            .00
BROTHER LOAN & FINANCE    UNSEC W/INTER        .00             .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     863.97             .00            .00
COMCAST                   UNSEC W/INTER  NOT FILED             .00            .00
FREEDOM CARD GOLD MASTER  UNSEC W/INTER    1777.72             .00            .00
DISH NETWORK              UNSEC W/INTER  NOT FILED             .00            .00
GENESIS FINANCIAL         UNSEC W/INTER    1274.97             .00            .00
IQ TELECOM                UNSEC W/INTER  NOT FILED             .00            .00
ILLINOIS RETINA ASSOC     UNSEC W/INTER     413.60             .00            .00
OSI COLLECTION SERVICES   UNSEC W/INTER  NOT FILED             .00            .00
AT&T WIRELESS             UNSEC W/INTER    2057.40             .00            .00
PAY DAY LOAN STORE        UNSEC W/INTER  NOT FILED             .00            .00
PLATINUM CAP              UNSEC W/INTER  NOT FILED             .00            .00
RIDDLE & ASSOCIATES       UNSEC W/INTER  NOT FILED             .00            .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER     377.58             .00            .00
AMERICASH LOANS LLC       UNSEC W/INTER     457.63             .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                           58.90
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   950.00

PRIORITY                                              .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 05533 MARVIN APPLEWHITE EL
```

```
SECURED                                                     891.10
UNSECURED                                                      .00
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                         58.90
DEBTOR REFUND                                                  .00
                                 ----------------    ----------------
TOTALS                                     950.00             950.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 01/28/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```